UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: METHYL TERTIARY BUTYL                            :
ETHER ("MTBE") PRODUCTS                                 :    ORDER
LIABILITY LITIGATION                                    :
                                                        :    Master File No. 1:00-1898
-------------------------------------------------------- :    MDL 1358 (SAS)
                                                        :
This document relates to:                               :    M21-88
                                                        :
Commonwealth of Puerto Rico v. Shell Oil                :
Co., 07 Civ. 10470                                      :
                                                        :
-------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

ORDER ADMITTING COUNSEL PRO HAC VICE

It is hereby ordered that Lee Sepulvado-Ramos, Ivan Aponte-Figueroa, Denise Rodríguez-Flores, and Jorge Galiber-Sánchez, of

> Carrión & Sepulvado
> Citibank Tower Suite 1202
> 252 Ponce de León
> San Juan, Puerto Rico 00918
> Tel: (787) 765-5656
> Fax: (787) 294-0073

are admitted to practice *pro hac vice* in the above-referenced action as counsel for defendant Total corporate entities in the Southern District of New York, upon receipt by the Clerk of the Court of the required fee of $25.00 per applicant.

Dated:   New York, New York            SO ORDERED:
         March 24, 2008

                                       _____
                                       Hon. Shira A. Scheindlin
                                       U.S.D.J.