

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

**Master File No. 1:00 – 1898**
**MDL 1358 (SAS)**

**This relates to:**

Commonwealth of Puerto Rico, *et al.*
v. Shell Oil Company, *et al.*



## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico

Environmental Quality Board, and Defendants ChevronTexaco Corporation and Chevron

International Oil Company, Inc. (collectively "Chevron"), by counsel, hereby stipulate that the

deadline for Chevron to file any pleading or motion in response to the complaint in the above-

captioned case shall be extended to June 6, 2008.

Dated:  April 4, 2007                Respectfully submitted,

                                     /s/ John K. Dema
                                     John K. Dema
                                     Scott E. Kauff
                                     Law Offices of John K. Dema, P.C.
                                     1236 Strand Street, Suite 103
                                     Chrisitansted, St. Croix
                                     U.S. Virgin Islands  00820-5008
                                     (340) 773-6142

                                     Attorneys for Plaintiffs

/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Phone: (202) 204-3727
Fax: (202) 204-1001

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation and Chevron
International Oil Company, Inc.

## SEEN AND APPROVED

Date:  April  7 , 2008

Shira A. Scheindlin
United States District Judge