UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")  Master File No. 1:00 – 1898
Products Liability Litigation                 MDL 1358 (SAS)

This relates to:

Commonwealth of Puerto Rico, *et al.*
v. Shell Oil Company, *et al.*

---

## STIPULATION AND ORDER

Plaintiffs, the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico Environmental Quality Board, and Defendant ChevronTexaco Corporation, n/k/a Chevron Corporation ("Chevron"), by counsel, hereby stipulate that the deadline for Chevron to file any responsive pleading in the above-captioned case shall be extended to October 1, 2008.

Dated:  July 28, 2008              Respectfully submitted,

                                   /s/ John K. Dema
                                   John K. Dema
                                   Scott E. Kauff
                                   Law Offices of John K. Dema, P.C.
                                   1236 Strand Street, Suite 103
                                   Chrisitansted, St. Croix
                                   U.S. Virgin Islands  00820-5008
                                   (340) 773-6142

                                   Attorneys for Plaintiffs

/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
(202) 204-3727

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation

**SEEN AND APPROVED**

Date: July 29, 2008

_____
Shira A. Scheindlin
United States District Judge