UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : : : : : | Master File No.   1:00–1898 MDL   1358 (SAS) M21-88 |
| This document relates only to: *Commonwealth of Puerto Rico, et al. v. Shell Oil Co. et al.* 07 Civ. 10470 | : : : : : : | [PROPOSED] ORDER |

Plaintiffs shall file an Amended Complaint no later than Monday, September 8, 2008.

The parties shall propound discovery as discussed in the August 12 2008, Status Conference, no later than Monday September 15, 2008.

IT IS SO ORDERED.

Dated: 9/2/08

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

1