# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

*In Re: Methyl Tertiary Butyl Ether*
*("MTBE") Products Liability Litigation*
This document relates to:
*Commonwealth of Puerto Rico v.*
*Shell Oil, et al.,*
USDC-SDNY Civ. No. 07-10470(VSB)
USDC-PR Civ. No. 07-01505 (CCC)
*Commonwealth of Puerto Rico v.*
*Shell Oil, et al.,*
USDC-SDNY Civ. No. 14-01014(VSB)
USDC-PR Civ. No. 13-01678 (ADC)

-----------------------------------------------------------X

12/29/2020

**07 CIVIL 10470**
**14 CIVIL 1014**
**JUDGMENT**

Master File No. 1:00-1898
MDL 1358 (VSB)
M21-88
Civil Action

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 28, 2020, and having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Total Petroleum Puerto Rico Corp. it is hereby: ORDERED Total Petroleum Puerto Rico Corp. is dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2), and, there being no just reason for delay, final judgment is entered dismissing all claims against that defendant in case nos. 07 Civ. 10470 and 14 Civ. 1014. Each Party to bear its own costs.

**Dated:** New York, New York
December 29, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk