UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | Master File No. 1:00-1898<br>MDL 1358 (SAS): M21-88 |

**This document pertains to:**

*This Document Related to All Cases*

### ~~PROPOSED~~ ORDER APPROVING MOTION FOR WITHDRAWAL OF COUNSEL

The Motion for Withdrawal of Jeremiah J. Anderson as counsel for Chevron Defendants is hereby GRANTED.

Signed this __18th__ day of __July__, __2022__.

_____
Hon. Vernon S. Broderick
United States District Judge