UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 07-10470(VSB)<br>USDC-PR Civ. No. 07-01505 (CCC)<br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 14-01014 (VSB)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (DLC)<br>M21-88<br><br>Civil Action |

## [Proposed] ORDER OF DISMISSAL

Having considered the recently filed Joint Stipulation for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) as to Shell Oil Company n/k/a Shell USA, Inc., Shell Chemical Yabucoa Inc. n/k/a Buckeye Caribbean Terminals, Inc., Shell Western Supply & Trading, Ltd., Motiva Enterprises LLC, Shell International Petroleum Company, Ltd., Shell Western Services Limited (collectively "Shell Defendants"); and Sol Puerto Rico Ltd., f/k/a The Shell Company (Puerto Rico) Ltd. ("Sol") it is hereby:

ORDERED defendants Shell Oil Company n/k/a Shell USA, Inc., Shell Chemical Yabucoa Inc. n/k/a Buckeye Caribbean Terminals, Inc., Shell Western Supply & Trading, Ltd., Motiva Enterprises LLC, Shell International Petroleum Company, Ltd., Shell Western Services Limited; and Sol Puerto Rico Ltd., f/k/a The Shell Company (Puerto Rico) Ltd. are dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

SO ORDERED:

_____
Denise L. Cote,
U.S.D.J.

7/25/25

4