UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*<br><br>This document relates to:<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 07-10470(VSB)<br>USDC-PR Civ. No. 07-01505 (CCC)<br><br>*Commonwealth of Puerto Rico v. Shell Oil, et al.*,<br>USDC-SDNY Civ. No. 14-01014 (VSB)<br>USDC-PR Civ. No. 13-01678 (ADC) | Master File No. 1:00 – 1898<br>MDL 1358 (VSB)<br>M21-88<br><br>Civil Action |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2) as to Chevron Corporation, Chevron U.S.A. Inc., Chevron Puerto Rico, LLC, Texaco Puerto Rico Inc., Texaco Petroleum Industries Inc., Chevron International Oil Company, Inc., Texaco Refining and Marketing Inc., Chevron Caribbean Inc., Chevron Estrella Puerto Rico Inc., and Texaco International Trader Inc., it is hereby:

ORDERED Defendants Chevron Corporation, Chevron U.S.A. Inc., Chevron Puerto Rico, LLC, Texaco Puerto Rico Inc., Texaco Petroleum Industries Inc., Chevron International Oil Company, Inc., Texaco Refining and Marketing Inc., Chevron Caribbean Inc., Chevron Estrella Puerto Rico Inc., and Texaco International Trader Inc. are hereby dismissed *with prejudice* in *Commonwealth of Puerto Rico v. Shell Oil Co., et al.*, Nos. 07-Civ-1505 and 07-CV-10470 (VSB) and Commonwealth of Puerto Rico v. Shell Oil Co., et al., Nos. 13-Civ-01678 and 14-CV-1014 (VSB), pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

The Clerk of Court is respectfully directed to docket this order in SDNY Case Nos. 00-CV-1898, 07-CV-10470, and 14-CV-1014.

Dated: December 10, 2024.

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE